UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL S. FREEMAN II,

        Plaintiff,

   v.

SCOTT S. HARRIS, *et al.*,

        Defendants.

Case No. 1:24-cv-3519 (JMC)

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 14, is **GRANTED**. The complaint is dismissed without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable order.

                                                                 _____
                                                                 JIA M. COBB
                                                                 United States District Judge

Date: November 4, 2025